UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIE FELDER, SR. (1),<br>   aka Big Ru, aka Big Roo,<br><br>TERRY FELDER (2),<br>   aka Tooty, aka Tootie, aka Tottie,<br><br>and<br><br>DWEYSEAN COX (3),<br>   aka Dewey. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(iii)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br>18 U.S.C. §§ 922(g)(1) & 924(a)<br>**FORFEITURE** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
(Conspiracy to Possess with Intent to Distribute Controlled Substances)

1. Beginning in or around 2018, and continuing until on or about October 28, 2020, the exact dates being unknown, in the Southern District of Ohio, and elsewhere, the defendants, **WILLIE FELDER, aka Big Ru, aka Big Roo** (hereinafter "**WILLIE FELDER**"), **TERRY FELDER, aka Tooty, aka Tootie, aka Tottie** (hereinafter "**TERRY FELDER**"), **DWEYSEAN COX, aka Dewey** (hereinafter "**DWEYSEAN COX**"), and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess with intent to distribute and distribute controlled various controlled substances, including:

    a. 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance;

    b. A substance or mixture containing a detectable amount of fentanyl, a Schedule II controlled substance;

1

    c. A substance or mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance;

    d. A substance or mixture containing a detectable amount of cocaine, a Schedule II controlled substance; and

    e. A substance or mixture containing a detectable amount of heroin, a Schedule I controlled substance.

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C).

**In violation of 21 U.S.C § 846.**

## COUNT 2
### (Possession with Intent to Distribute Cocaine)

2. On or about February 1, 2018, in the Southern District of Ohio, defendants **WILLIE FELDER** and **TERRY FELDER** did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 3
### (Prohibited Person in Possession of Ammunition)

3. On or about January 15, 2020, in the Southern District of Ohio, defendant **DWEYSEAN COX**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## COUNT 4
### (Possession with Intent to Distribute Cocaine)

4. On or about February 19, 2020, in the Southern District of Ohio, the defendants, **WILLIE FELDER, TERRY FELDER,** and **DWEYSEAN COX**, did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 5
### (Possession with Intent to Distribute Cocaine Base)

5. On or about February 19, 2020, in the Southern District of Ohio, the defendants, **WILLIE FELDER, TERRY FELDER,** and **DWEYSEAN COX**, did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 6
### (Possession with Intent to Distribute Fentanyl)

6. On or about February 19, 2020, in the Southern District of Ohio, the defendants, **WILLIE FELDER, TERRY FELDER,** and **DWEYSEAN COX**, did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 7
### (Possession with Intent to Distribute Methamphetamine)

7. On or about September 16, 2020, in the Southern District of Ohio, defendant **WILLIE FELDER** did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 8
### (Possession with Intent to Distribute Cocaine Base)

8. On or about October 26, 2020, in the Southern District of Ohio, defendants **WILLIE FELDER** and **DWEYSEAN COX** did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 9
### (Possession with Intent to Distribute Fentanyl)

9. On or about October 26, 2020, in the Southern District of Ohio, defendants **WILLIE FELDER** and **DWEYSEAN COX** did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).**

## COUNT 10
### (Possession with Intent to Distribute Cocaine Base)

10. On or about October 26, 2020, in the Southern District of Ohio, defendant **TERRY FELDER** did knowingly and intentionally possess with the intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## FORFEITURE A

11. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

12. Upon conviction of any offense in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846 alleged in the Indictment, the defendants, **WILLIE FELDER, TERRY FELDER,** and **DWEYSEAN COX,** shall forfeit to the United States all right, title and interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation, including, but not limited to, the following:

  A Ruger LC9 firearm, bearing serial number 324-03949, including any ammunition, seized on or about February 1, 2018, from 1190 Lilley Avenue, Columbus, Ohio;

  The following property seized on or about January 15, 2020, during the execution of a Search Warrant at 5843 Arborwood Drive, Apartment D, Columbus, Ohio:
  - A Sig Sauer. 40 caliber firearm, bearing serial number UU719633;
  - A Ruger 9mm firearm, bearing serial number 455-71880;
  - Assorted ammunition; and
  - Approximately $1,758.00 in United States Currency.

The following property seized on or about February 19, 2020, during the execution of a Search Warrant at 896 Ellsworth Avenue, Columbus, Ohio:
- Two sets of body armor – one camouflage and one black;
- A Glock 23, .40 caliber firearm, bearing serial number HKX124;
- An S & W, M&P, .40 caliber firearm, bearing serial number MPZ0175;
- Assorted ammunition; and
- Approximately $2,850.00 in United States Currency.

The following property seized on or about September 16, 2020, during the execution of a Search Warrant at 896 Ellsworth Avenue, Columbus, Ohio:
- A Smith and Wesson .40 caliber firearm, bearing serial number JBN8084;
- An S & W 9mm firearm, bearing serial number JET3384;
- A Glock .40 caliber firearm, bearing serial number DDZ434US;
- Assorted ammunition; and
- Approximately $142.00 in United States Currency.

The following property seized on or about October 26, 2020, during the execution of a Search Warrant at 1009 Lilley Avenue, Apartment A, Columbus, Ohio:
- A Sig Sauer 9mm firearm, bearing serial number 58A036105;
- A Sarsilmaz 9mm firearm, bearing serial number T-1102-17G02311;
- Assorted ammunition; and
- Approximately $1,483.00 in United States Currency.

The following property seized on or about October 26, 2020, during the execution of a Search Warrant at 1414 East Columbus Street, Apartment C, Columbus, Ohio:
- A Glock 23 40S&W, semi-automatic pistol, bearing serial number TMA539, including any ammunition;
- A Glock 26 9mm Luger, semi-automatic pistol, bearing serial number CAW123US, including any ammunition;
- A Smith & Wesson 9mm Luger semi-automatic pistol, bearing serial number DWU1608, including any ammunition;
- A Bushmaster XM15-E2S, 223Rem/5.56mm NATO, semi-automatic pistol, bearing serial number L302944, including any ammunition;
- A Smith & Wesson semi-automatic pistol, bearing serial number EKY9420, including any ammunition; and
- Approximately $1,760.00 in United States currency.

**Forfeiture in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

6

## **FORFEITURE B**

13. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

14. Upon conviction of any offense alleged in the Indictment, the defendants, **WILLIE FELDER, TERRY FELDER,** and **DWEYSEAN COX**, shall forfeit to the United States any firearms and/or ammunition involved in or used in such offense, including, but not limited to, the following:

> A Ruger LC9 firearm, bearing serial number 324-03949, including any ammunition, seized on or about February 1, 2018, from 1190 Lilley Avenue, Columbus, Ohio;
>
> The following property seized on or about January 15, 2020, during the execution of a Search Warrant at 5843 Arborwood Drive, Apartment D, Columbus, Ohio:
> - A Sig Sauer .40 caliber firearm, bearing serial number UU719633;
> - A Ruger 9mm firearm, bearing serial number 455-71880; and
> - Assorted ammunition.
>
> The following property seized on or about February 19, 2020, during the execution of a Search Warrant at 896 Ellsworth Avenue, Columbus, Ohio:
> - A Glock 23, .40 caliber firearm, bearing serial number HKX124;
> - An S & W, M&P, .40 caliber firearm, bearing serial number MPZ0175; and
> - Assorted ammunition.
>
> The following property seized on or about September 16, 2020, during the execution of a Search Warrant at 896 Ellsworth Avenue, Columbus, Ohio:
> - A Smith and Wesson .40 caliber firearm, bearing serial number JBN8084;
> - An S & W 9mm firearm, bearing serial number JET3384;
> - A Glock .40 caliber firearm, bearing serial number DDZ434US; and
> - Assorted ammunition.
>
> The following property seized on or about October 26, 2020, during the execution of a Search Warrant at 1009 Lilley Avenue, Apartment A, Columbus, Ohio:
> - A Sig Sauer 9mm firearm, bearing serial number 58A036105;
> - A Sarsilmaz 9mm firearm, bearing serial number T-1102-17G0231; and
> - Assorted ammunition.

The following property seized on or about October 26, 2020, during the execution of a Search Warrant at 1414 East Columbus Street, Apartment C, Columbus, Ohio:

- A Glock 23 40S&W, semi-automatic pistol, bearing serial number TMA539, including any ammunition;
- A Glock 26 9mm Luger, semi-automatic pistol, bearing serial number CAW123US, including any ammunition;
- A Smith & Wesson 9mm Luger semi-automatic pistol, bearing serial number DWU1608, including any ammunition;
- A Bushmaster XM15-E2S, 223Rem/5.56mm NATO, semi-automatic pistol, bearing serial number L302944, including any ammunition; and
- A Smith & Wesson semi-automatic pistol, bearing serial number EKY9420, including any ammunition.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A True Bill.

s/Foreperson
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

*[signature]*

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

*[signature]*

**S. COURTER SHIMEALL (0090514)**
**Assistant United States Attorney**

8